IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATCOM BANCSHARES, INC.,

            Petitioner,

v.

BRENDA L. JOHSON, MURRAY R. JOHNSON,
DIANA T. JOHNSON, T.R.J., a minor, M.P.J.,
a minor, M.S.J., a minor and T.P.J., a minor,

            Respondents.

JUDGMENT IN A CIVIL CASE

12-cv-334-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb, presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that declaratory judgment is entered finding that:

1. the fair value of a share of petitioner Natcom Bancshares, Inc.,'s stock was $780 as of December 2011;

2. respondents are entitled to interest on the value of their shares for the period from December 29, 2011 to January 20, 2012 and to interest on the unpaid interest at the rate of 3.25% from January 20, 2012 until payment is made; and

3. petitioner did not act arbitrarily, vexatiously or in bad faith in its treatment of respondents in connection with petitioner's conversion from a Subchapter C corporation to a Subchapter S corporation; and

4. respondents did not act in bad faith in connection with their exercise of their dissenters' rights.

Approved as to form this 21st day of June, 2013.

_Barbara B. Crabb_
Barbara B. Crabb, District Judge

_Peter Oppeneer_              JUN 24 2013
Peter Oppeneer, Clerk of Court      Date